Case 6:21-cv-00606-ADA   Document 1   Filed 06/10/21   Page 1 of 3

6:21-cv-00606

FILED
JUN 10 2021
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

6/7/21

To: Whom it may concern

Hello
I am Willie James Smith #141011
10/4/85 On this day April 23, 2021 I was arrested by Waco P.D. in the mist of my arrest I was injured by a couple of your officers they tore my MCL in my left knee and cut my right wrist up with the hand cuffs leaving scars on both of my knees and my right wrist. And when they was bringing me to jail I ask if they could take me to the hospital and take pictures of my scars and they dined me. Now I have to have a MCL repairment. I can barely walk and now I'm wearing a hinged knee brace. I feel Black Lives matter I would like to fill out for a lawsuit I'm not trying to get my family in this and I'm in the mist of writing NAACP

I'm Asking for Something to Be done About this Before I get my family to get my lawyer into this I'm trying to go By this the right way please help me I don't deserve this God Bless

Sign William Smith

NAME Willie Smith
CID# 0141071
McLennan County Jail
3201 E. Hwy. 6
Waco, Texas 76705

NORTH TEXAS TX 750
8 JUN 2021 PM

US POSTAGE PITNEY BOWES
02 1P $ 000.51⁰
0000911658  JUN 08 2021
MAILED FROM ZIP CODE 76705

Waco Federal Court
800 Franklin Ave
Waco, TX 76701

76701-193699